| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Brewster, Rudi M | 2. Court or Organization<br><br>So. District of California | 3. Date of Report<br><br>04/25/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>940 Front Street, Suite 4165<br>San Diego, CA 92101-8902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -8 A 9:22 DISCLOSURE FINANCIAL OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X]   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brewster, Rudi M | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab Money Market | C | Interest | K | T | | | | | |
| 2. US Treasury Note 3.5% Due 11/06 | A | Interest | | | Redemption | 11/15 | K | | |
| 3. FHLB 3.51% Due 11/07 | A | Interest | K | T | | | | | |
| 4. ABAG Fin Auth 4.75% Due 4/06 | B | Interest | | | Redemption | 4/01 | K | | |
| 5. CA State GO 3.5% Due 5/07 | B | Interest | K | T | | | | | |
| 6. CA State GO 4% Due 2/08 | A | Interest | K | T | | | | | |
| 7. CA State GO 6.5% Due 11/08 | C | Interest | L | T | | | | | |
| 8. CA State GO 4% Due 9/09 | A | Interest | K | T | Buy | 6/15 | K | | |
| 9. Los Angeles CA 4% Due 9/09 | | None | L | T | Buy | 11/08 | L | | |
| 10. CA State GO 5.25% Due 10/09 | B | Interest | K | T | | | | | |
| 11. CA State GO 5.25% Due 2/10 | A | Interest | K | T | Buy | 1/06 | K | | |
| 12. Met Water 5% Due 7/27 | B | Interest | L | T | | | | | |
| 13. PIMCO Total Return | C | Dividend | L | T | Reinvest | | | | |
| 14. Vanguard Bond Index | C | Dividend | L | T | Reinvest | | | | |
| 15. Vanguard Hi-Yield Corp | B | Dividend | K | T | Reinvest | | | | |
| 16. Vanguard Inflation Protected Bond | A | Dividend | K | T | Buy | 2/06 | K | | |
| 17. Vanguard ST Bond Index | B | Dividend | K | T | Reinvest | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brewster, Rudi M | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Vanguard ST Invest Grade | A | Dividend | K | T | Reinvest | | | | |
| 19. Vanguard GNMA | A | Dividend | K | T | Buy | 2/07 | K | | |
| 20. Vanguard CA Ins Int | C | Dividend | L | T | Reinvest | | | | |
| 21. DFA 5-Yr Global Bond | A | Dividend | K | T | Buy | 2/07 | K | | |
| 22. Fiserv Inc. | | None | K | T | | | | | |
| 23. Coh. & Strs Realty | A | Dividend | K | T | Partial Sell | 2/06 | K | D | |
| 24. DFA Tax Mgd Mkt Val | A | Dividend | L | T | Reinvest | | | | |
| 25. DFA Tax Mgd US Eqty | B | Dividend | L | T | Reinvest | | | | |
| 26. Dodge & Cox Stock | A | Dividend | K | T | Reinvest | | | | |
| 27. Longleaf Partners | A | Dividend | K | T | Reinvest | | | | |
| 28. Schwab 1000 | B | Dividend | L | T | Partial Sell | 10/12 | J | C | |
| 29. TR Price Equity Income | B | Dividend | L | T | Reinvest | | | | |
| 30. Vanguard Growth Index | A | Dividend | K | T | Reinvest | | | | |
| 31. Vanguard Dividend Growth | A | Dividend | L | T | Reinvest | | | | |
| 32. Vanguard Wellesley | A | Dividend | K | T | Reinvest | | | | |
| 33. DFA Tax Mgd Small Value | A | Dividend | J | T | Reinvest | | | | |
| 34. DFA Tax Mgd US Small | A | Dividend | K | T | Reinvest | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brewster, Rudi M | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA US Micro Cap | A | Dividend | J | T | Buy | 2/06 | J | | |
| 36. DFA US Small Cap Value | | Dividend | J | T | Buy | 2/06 | J | | |
| 37. DFA US Small Cap | A | Dividend | J | T | Buy | 2/06 | J | | |
| 38. Vanguard Small Cap Index | A | Dividend | J | T | Partial Sell | 2/06 | K | D | |
| 39. TCS Stock | A | None | J | T | | | | | |
| 40. Rey River Ranch Stock | A | None | J | T | Partial Sale | 3/06 | J | D | R. Kositz |
| 41. Vanguard CA Tax Exempt | A | Dividend | J | T | | | | | |
| 42. Cabrillo Fed Credit Union | B | Interest | M | T | Deposit | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brewster, Rudi M | 04/25/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Brewster, Rudi M | 04/25/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa█████                                        Date  5-2-07

NOTE██████ ███████ ████████████████████████IFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544